IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,         )<br>         )<br>  Plaintiff,    )<br>         )<br>  v.      )<br>         )<br>         )<br>DOLLINS CONSTRUCTION COMPANY,  )<br>         )<br>  Defendant.   ) | CIVIL ACTION NO.<br><br>COMPLAINT<br><br>JURY TRIAL DEMAND |

NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of race and retaliation, and to provide appropriate relief to Buford McClendon, Anthony Jones and Eric Moore who were adversely affected by such practices.  As set out with greater particularity in paragraph 7 below, Defendant harassed Buford McClendon, Anthony Jones and Eric Moore on the basis of their race, black, and failed to call them for work in retaliation for their complaints about the harassment.

JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345.  This action is authorized and instituted pursuant to Section 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-5(f)(1) and (3) ("Title VII") and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Eastern District of Missouri.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) and (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3).

4. At all relevant times, Defendant, Dollins Construction Company, has continuously been doing business in the State of Missouri and the City of Sikeston, and has continuously had at least 15 employees.

5. At all relevant times, Defendant has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g) and (h).

## STATEMENT OF CLAIMS

6. More than thirty days prior to the institution of this lawsuit, Buford McClendon, Anthony Jones and Eric Moore filed charges with Commission alleging violations of Title VII by Defendant . All conditions precedent to the institution of this lawsuit have been fulfilled.

7. Since at least September 2006, Defendant has engaged in unlawful employment practices at its facility in Sikeston, in violation of Sections 703(a)(1) and 704(a)of Title VII, 42 U.S.C. § 2000e-2(a)(1) and § 2000e-3(a). Defendant racially harassed Buford McClendon, Anthony Jones and Eric Moore by using racial epithets in their presence and/or directing racial epithets at them and by placing a noose around Anthony Jones' neck in the presence of Buford McClendon and Eric Moore. When Buford McClendon complained of race

discrimination to Defendant's owner, Phillip Dollins, on behalf of himself, Anthony Jones and Eric Moore, Defendant stopped calling them for work in retaliation for their complaints.

8. The effect of the practices complained of in paragraph 7 above has been to deprive Buford McClendon, Anthony Jones and Eric Moore of equal emplyment opportunities and otherwise adversely affect their status as employees, because of their race.

9. The unlawful employment practices complained of in paragraph 7 above were intentional.

10. The unlawful employment practices complained of in paragraph 7 above were done with malice or with reckless indifference to the federally protected rights of Buford McClendon, Anthony Jones and Eric Moore.

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant, its officers, successors, assigns, and all persons in active concert or participation with it, from engaging in and any other employment practice which discriminates on the basis of race.

B. Order Defendant to institute and carry out policies, practices, and programs which provide equal employment opportunities for African Americans and which eradicate the effects of its past and present unlawful employment practices.

C. Order Defendant to make whole Buford McClendon, Anthony Jones and Eric Moore, by providing appropriate backpay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful

employment practices, including but not limited to reinstatement of .Buford McClendon, Anthony Jones and Eric Moore.

  D. Order Defendant to make whole Buford McClendon, Anthony Jones and Eric Moore by providing compensation for past and future pecuniary losses resulting from the unlawful practices complained of in paragraph 7 above in amounts to be determined at trial.

  E. Order Defendant to make whole Buford McClendon, Anthony Jones and Eric Moore by providing compensation for past and future nonpecuniary losses resulting from the unlawful practices complained of in paragraph 7 above, including pain, suffering, emotional distress, loss of enjoyment of life, inconvenience and humiliation, in amounts to be determined at trial.

  F. Order Defendant to pay Buford McClendon, Anthony Jones and Eric Moore punitive damages for its malicious and reckless conduct described in paragraph 7 above, in amounts to be determined at trial.

  G. Grant such further relief as the Court deems necessary and proper in the public interest.

  H. Award the Commission its costs of this action.

JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

Respectfully submitted,

JAMES L. LEE
Deputy General Counsel

GWENDOLYN YOUNG REAMS
Associate General Counsel


/s/ Barbara A. Seely
BARBARA A. SEELY
Regional Attorney


/s/ C. Felix Miller
C. FELIX MILLER
Supervisory Trial Attorney

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
St. Louis District Office
Robert A. Young Federal Bldg.
1222 Spruce, Room 8.100
St. Louis, MO  63103
(314) 539-7914