IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:09-cv-00137-LMB |
| PHILLIP DOLLINS and ROY DOLLINS d/b/a DOLLINS CONSTRUCTION COMPANY, | ) ) ) | |
| Defendants. | ) | |

**NOTICE OF SETTLEMENT**

COME NOW Defendants, by counsel, and hereby notify the Court that the parties have reached a verbal settlement in this case, and request the Court to allow the parties 45 days to complete the written documents and present a proposed Consent Decree to the Court.

Respectfully submitted,

THE LIMBAUGH FIRM

/s/      John W. Grimm
John W. Grimm, E.D. #19012
407 N. Kingshighway, Suite 400
P.O. Box 1150
Cape Girardeau, MO 63702-1150
Telephone:    (573) 335-3316
Facsimile:    (573) 335-1369
jgrimm@limbaughlaw.com

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that on April 8, 2010, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all attorneys of record.

/s/ John W. Grimm
JOHN W. GRIMM
Attorney for Defendants